UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARDOMIANO SANCHEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00224-JDP<br><br>ORDER GRANTING THE PARTIES' STIPULATION FOR (1) A REMAND AND (2) AN ORDER THAT THE CLERK ENTER JUDGMENT IN FAVOR OF THE PLAINTIFF<br><br>ECF No. 13 |

Pursuant to the stipulation of the parties, ECF No. 13, this case is hereby remanded under the fourth sentence of 42 U.S.C. § 405(g). The Clerk of the Court is directed to enter a final judgment in favor of plaintiff and against defendant.

IT IS SO ORDERED.

Dated: 　October 6, 2020　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.